UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE KATSOULIS,

                          Plaintiff Pro Se,

   -against-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV-2916 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC - 6 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on December 04, 2007, reversing the Commissioner's final decision denying plaintiff's application for Social Security benefits; and remanding the matter to the Commissioner for further proceedings pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED the Commissioner's final decision denying plaintiff's application for Social Security benefits is reversed; and that the matter is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: Brooklyn, New York
        December 05, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court